**Donald D. duBoulay**
Attorney at Law

**305 Broadway, Suite 602**
New York, NY 10007

Telephone: (212) 966-3970
Fax: (212) 941-7108
E-mail: dondubesq@aol.com

September 25, 2026

The Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Cen Chen Luo
22 Cr. 458 (LDH)

Dear Judge DeArcy Hall:

I write to respectfully request that the Court Order the return of Mr. Cen Chen Luo's, passport which he surrendered to Pretrial services as a condition of his bail in the above-mentioned matter. The indictment charging Mr. Luo was dismissed by Order of this court on August 4, 2026 (Dkt 438).

Respectfully submitted,
/s/
____________________
Donald duBoulay
Attorney for CenChen Luo
305 Broadway, Suite 602
New York, New York 10007
(212) 966 3970

cc: All counsel of record
Pre-Trial Service